# EXHIBIT 1

| CHARGE OF DISCRIMINATION<br>This form is affected by the Privacy Act of 1974: See Privacy act statement before completing this form. | AGENCY<br><br>☒EEOC | CHARGE NUMBER |
|---|---|---|

## EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| NAME (indicate Mr. Ms. Mrs.) **Rabie Chillmon** | HOME TELEPHONE (include area code) 708.910.4152 |
|---|---|
| STREET ADDRESS **17550 71st Ct. #2**   CITY, STATE AND ZIP CODE **Tinley Park, Il 60477** | DATE OF BIRTH **10/30/1981** |

NAMED IS THE EMPLOYER, LABOR ORGANIZATION, EMPLOYMENT AGENCY, APPRENTICESHIP COMMITTEE, STATE OR LOCAL GOVERNMENT AGENCY WHO DISCRIMINATED AGAINST ME (IF MORE THAN ONE LIST BELOW)

| NAME **Village of Evergreen Park Police Department** | NUMBER OF EMPLOYEES, MEMBERS **15+** | TELEPHONE (Include area code)**708.422.2142** |
|---|---|---|
| STREET ADDRESS **9420 S. Kedzie Ave.** | CITY, STATE AND ZIP CODE **Evergreen Park, Il. 60805** | COUNTY **COOK** |
| NAME | | TELEPHONE (include area code) |
| STREET ADDRESS | CITY, STATE AND ZIP CODE | COUNTY |

| CAUSE OF DISCRIMINATION BASED ON: **National Origin, Retaliation** | DATE OF DISCRIMINATION<br>EARLIEST (ADEA/EPA) LATEST (ALL)<br>7/19 to          present<br>■ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE (if additional space is needed attach extra sheets)  **PAGE 1 OF 3.  SEE ATTACHED**

RECEIVED EEOC
FEB 27 2020
CHICAGO DISTRICT OFFICE

| I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | SUBSCRIBED AND SWORN TO BEFORE ME ON THIS<br>_[signature]_    2-27-20<br>NOTARY SIGNATURE    MONTH DATE-YEAR |
|---|---|
| "OFFICIAL SEAL"<br>SETH R HALPERN<br>Notary Public, State of Illinois<br>My Commission Expires 12/12/2022<br>NOTARY SEAL | X _[signature]_    2-27-20<br>SIGNATURE OF COMPLAINANT    DATE<br>I declare under penalty that the foregoing is true and correct I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

**CHARGE OF DISCRIMINATION – Rabie Chillmon (Page 2 of 3)**

I.     A.     **ISSUE/BASIS**

        1.     National Origin-Albanian

     B.     **PRIMA FACIE ALLEGATIONS**

        1.     Respondent hired me as a Police Clerk on July 1, 2019. Within a few days, my trainer, "Ann", began making remarks about my status as an immigrant, including urging me to quit and live on food stamps, "like every other immigrant".

        2.     I complained to my supervisor, Frank Clarins, who would not address these remarks and indicated he would not change my trainer. Eventually, I was placed under the review of another trainer, "Laurie", who told me she did not have time for me and that she hated "people from other countries" because "they come here and take our good jobs and benefits". She told me "you all need to stay in your fucking country and build your own country". Laurie and others would repeatedly say that they do not understand my English because of my "accent".

        3.     I was repeatedly ignored when asking questions and offered little training or help on the job. I was isolated from the other clerical staff. My co-workers and supervisor continuously reported any minor error which they claim I made (in many cases, made by someone other than me) and subjected me to more scrutiny and differing terms and conditions of employment than other, similarly situated clerical personnel.

        4.     At all times I continually objected to the discriminatory treatment and complained to my supervisor and, ultimately, the Chief of Police, but no action was taken to stop the harassment and, after which, I was repeatedly subjected to retaliatory behavior (See **Charge II**, below.) I even provided a letter to the Chief of Police from my counsel on January 7, 2020, outlining my complaints and requesting that the discriminatory mistreatment cease. It did not.

        5.     The above harassment and discrimination impacted my ability to perform my job duties, caused me embarrassment and emotional distress and was repeated and highly offensive.

        6.     I performed my job in a satisfactory manner at all times.

        7.     Respondent's above-mentioned behavior towards me created a hostile work environment and I was subjected to disparate treatment because of my national origin (Albanian) in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e-2(a)(1).

II.     A.     **ISSUE/BASIS**

        1.     Retaliation.

Initials R-C

### B. PRIMA FACIE ALLEGATIONS

1. Respondent hired me as a Police Clerk on July 1, 2019. Within a few days, my trainer, "Ann", began making remarks about my status as an immigrant, including urging me to quit and live on food stamps, "like every other immigrant".

2. I complained to my supervisor, Frank Clarins, who would not address these remarks and indicated he would not change my trainer. Eventually, I was placed under the review of another trainer, "Laurie", who told me she did not have time for me and that she hated "people from other countries" because "they come here and take our good jobs and benefits". She told me "you all need to stay in your fucking country and build your own country". Laurie and others would repeatedly say that they do not understand my English because of my "accent".

3. I was repeatedly ignored when asking questions and offered little training or help on the job. My co-workers and supervisor continuously reported any minor error which they claim I made (in many cases, made by someone other than me) and subjected me to more scrutiny and differing terms and conditions of employment than other, similarly situated clerical personnel.

4. At all times I continually objected to the discriminatory treatment and complained to my supervisor and, ultimately, the Chief of Police, but no action was taken to stop the harassment and, after which, I was repeatedly subjected to retaliatory behavior. I even provided a letter to the Chief of Police from my counsel on January 7, 2020, outlining my complaints and requesting that the discriminatory mistreatment cease. It did not.

5. I performed my job in a satisfactory manner at all times.

6. Following my complaints of discrimination, both verbally and in writing, I was subjected to much greater scrutiny than other similarly situated non-foreign born clerical staff, including but not limited to: being subject to discipline for mistakes made by others, being subject to discipline for minor, typo errors for which other similarly situated individuals were not subject to discipline, suspended for so-called "insubordination" when trying to explain the disparate, retaliatory treatment, having to put any job-related question in writing and submit it to my supervisor or co-worker when no other similarly situated employees were required to do so, having to report each time I left my desk, including to use the washroom, a requirement that only applied to me and, initially, being told I would have to take a polygraph to determine the veracity of my complaints of discrimination and harassment or face termination.

7. Respondent's above-mentioned behavior toward me was in retaliation for engaging in activity protected by Title VII and in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. 2000e.

Initials _K.C._